IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| IOWA CANNABIS COMPANY<br><br>Plaintiff<br><br>v.<br><br>CRITICAL CLIMATE INC<br><br>Defendant | Case No.<br><br>**COMPLAINT** |

COMES NOW Iowa Cannabis Company and for its Complaint against Critical Climate Inc states as follows:

**PARTIES AND JURISDICTION**

1. Iowa Cannabis Company ("ICC") is an Iowa corporation with its principal place of business in Iowa located at 2727 Scott Blvd., Iowa City, Iowa 52240.

2. Critical Climate Inc is a California Corporation with its principal place of business located at 122-4 E. Foothill Blvd. #187, Arcadia, California 91006.

3. Complete diversity exists between the parties.

4. ICC's damages exceed $75,000.

5. This Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1332 because this dispute involves a citizen of Iowa and a citizen of California and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**FACTS COMMON TO ALL COUNTS**

6. ICC contracted with Critical Climate for installation of hybrid HVAC systems with supplemental dehumidification and a CO2 purge, ventilation and alarm system at ICC's facility in Iowa City, Iowa ("the Facility").

7. The total contract price for Critical Climate's work was $789,116.00.

8. Critical Climate's work was part of the overall build out of ICC's growing and manufacturing facility.

9. On or about August 10, 2023, employees of Critical Climate cut holes in the roof deck of the Facility to install mini split unit line sets.

10. Critical Climate's employees did not cover the holes they had cut in the roof before leaving the Facility for the day.

11. In the early morning hours of August 11, 2023, heavy rain fell on the Facility and water infiltrated the holes cut by Critical Climate.

12. The rainwater from the August 11, 2023 rainfall, infiltrated and flooded approximately 6,475 square feet of the Facility, affecting numerous areas of Facility in which interior construction had already been completed.

13. It was Critical Climate's responsibility to cover the holes it had cut in the Facility's roof.

14. On August 10, 2023, Critical Climate was informed by the roofing contractor, who was also present on site, that the roofing contractor would not be performing any work on the openings cut by Critical Climate until after Critical Climate's work was complete.

15. As a result of Critical Climate's failure to cover the openings it had cut, significant immediate remediation work was required to clean up standing water inside the Facility.

16. Critical Climate's failure to cover the openings it had cut resulted in significant damage to the Facility itself.

17. ICC has demanded that Critical Climate pay ICC's damages and Critical Climate has refused.

18. Additionally, numerous defects have been discovered in the work performed by Critical Climate in installing HVAC and related systems at ICC's facility.

19. The defects in Critical Climate's work have required extensive corrective work to be performed by another contractor to correct and complete the work that was the subject of Critical Climate's contract.

20. As a result of the defects in Critical Climate's work, ICC has been damaged in the amount of at least $68,595.83.

## NEGLIGENCE

21. ICC incorporates the allegations of Paragraphs 1-20 as if fully set forth herein.

22. Critical Climate failed to use ordinary care by leaving holes it had cut in the roof of the Facility uncovered overnight.

23. As a result of Critical Climate's failure to use ordinary care, ICC has suffered substantial property damage, including damage to construction performed by other trades and damage to Critical Climate's equipment.

24. As a result of Critical Climate's failure to use ordinary care, ICC has suffered property damage in at least the amount of $847,308.11.

25. The damage suffered by ICC are within the scope of Critical Climate's liability.

WHEREFORE Iowa Cannabis Company prays for entry of judgment in its favor in an amount to be determined in this action, including its compensatory damages and property damages and for such other and further relief the Court deems just and equitable.

## BREACH OF WRITTEN CONTRACT

26. ICC incorporates the allegations of Paragraphs 1-25 as if fully set forth herein.

27. ICC entered into a written contract with Critical Climate for provision of construction services.

28. ICC has performed all of its obligations under the contract.

29. Critical Climate breached its contract with ICC by failing to perform its contract according to industry standards, including leaving uncovered holes in the Facility's roof overnight.

30. Critical Climate has also breached its contract by failing to complete work that it contracted with Iowa Cannabis Company to perform, including the initialization and startup process of systems installed by Critical Climate.

31. Critical Climate breached its contract by failing to complete its work as required under the agreement.

32. As a result of Critical Climate's breach, ICC has suffered substantial damages, in at least the amount of $915,903.94.

WHEREFORE Iowa Cannabis Company prays for entry of judgment in its favor in an amount to be determined in this action, including its compensatory damages and property damages and for such other and further relief the Court deems just and equitable.

## BREACH OF THE IMPLIED WARRANTY OF WORKMANLIKE CONSTRUCTION

33. ICC incorporates the allegations of Paragraphs 1-32 as if fully set forth herein

34. Under its contract with ICC, Critical Climate had an implied duty to perform its work in a good and workmanlike manner.

35. Critical Climate failed to perform its work in a good and workmanlike manner by leaving holes in the Facility's roof uncovered overnight and by failing to complete the work it contracted for in a good and workmanlike manner.

36. As a result of Critical Climate's breach of the implied duty of workmanlike construction, ICC has been damaged in at least the amount of $915,903.94.

WHEREFORE Iowa Cannabis Company prays for entry of judgment in its favor in an amount to be determined in this action, including its compensatory damages and property damages and for such other and further relief the Court deems just and equitable.

Respectfully submitted,

*/s/ Elizabeth Meyer*

_____
Elizabeth R. Meyer, AT00010139
DENTONS DAVIS BROWN
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
E-mail:  Elizabeth.Meyer@dentons.com

ATTORNEY FOR IOWA CANNABIS COMPANY

6

Copy to Attorneys of Record via EDMS.

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 19, 2018 by:<br>　　__ U.S. Mail　　　　　　__ FAX<br>　　__ Hand Delivered　　　__ Overnight Courier<br>　　__ E-mail　　　　　　　X CM/ECF:<br><br>Signature: /s Elizabeth R. Meyer |

6